**STATE of Missouri, Plaintiff/Respondent,**

v.

**Donald L. MEES, Defendant/Appellant.**

No. 70535.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 16, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

A jury convicted defendant of first degree murder in violation of section 565.020.1, RSMo 1994 and armed criminal action in violation of section 571.015, RSMo 1994. The trial court sentenced him to life imprisonment without the possibility of probation or parole and a concurrent term of thirty years.

In this appeal, he raises one point. He alleges the trial court erred "in excluding evidence of specific acts of violence by [victim] of which [defendant] had knowledge, and further erred in refusing to instruct the jury on the affirmative defense of self-defense."

No jurisprudential purpose would be served by a written opinion. No error of law appears. The judgment and sentence are affirmed pursuant to Rule 30.25.

**STATE of Missouri, Respondent,**

v.

**Robert HAMILTON, Appellant.**

No. 69345.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 16, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Robert Hamilton, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after he was found guilty of first degree murder, RSMo section 565.020.1 (1986), forcible rape, RSMo section 566.030 (1986), first degree burglary, RSMo section 569.160 (1986), and stealing under $150, RSMo section 570.030 (1986), following a bench trial. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the trial court's judgment pursuant to Rule 30.25(b).